**FIDELITY & GUARANTY INSUR-ANCE UNDERWRITERS, INC.,**
Plaintiff—Counter Defendant—Appel-lee,

v.

**Janice SULLIVAN, Defendant—Counter Claimant—Appellant.**

**No. 06–60129.**

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 2006.

Bertis Wayne Williams, Reagan David Wise, Webb, Sanders & Williams, Tupelo, MS, for Plaintiff–Counter Defendant–Appellee.

Gregory Wayne Harbison, Law Offices of Gregory W. Harbison, Tupelo, MS, for Defendant–Counter Claimant–Appellant.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.